Patricia A. McCOLM, Plaintiff–Appellant,

v.

RESTORATION GROUP INC., a California Corporation; et al., Defendants–Appellees.

No. 07–16826.

United States Court of Appeals, Ninth Circuit.

Submitted May 12, 2008.*

Filed May 15, 2008.

Patricia A. McColm, San Francisco, CA, pro se.

Mark D. Norcross, Esq., Moss & Enochian, Redding, CA, Philip S. Ward, Esq., Hassard & Bonnington, LLP, San Francisco, CA, for Defendants–Appellees.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: KOZINSKI, Chief Judge, THOMAS and CALLAHAN, Circuit Judges.

## MEMORANDUM **

A review of the record and the response to this court's February 21, 2008 order to show cause indicates that the questions raised in this appeal are so insubstantial as not to require further argument. *See United States v. Hooton*, 693 F.2d 857, 858 (9th Cir.1982) (per curiam) (stating standard). It does not appear that the district court erred in dismissing the complaint without leave to amend. *See* Fed.R.Civ.P. 15(a); *Schreiber Distrib. Co. v. Serv–Well Furniture Co.*, 806 F.2d 1393, 1401 (9th Cir.1986). Appellant's other arguments on appeal are unavailing.

Accordingly, we summarily affirm the district court's judgment.

All pending motions are denied as moot.

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

